> **ORDER:** Motion Denied as Moot. See Order on Writ of Habeas Corpus ad prosequendum, docket #6.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES
VS.
ANDREW FUQUA

CASE NO: 3:14-cr-144

RECEIVED
IN CLERK'S OFFICE
OCT 10 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

## MOTION TO TRANSPORT

Comes the Defendant Andrew Fuqua, through in pro se and respectfully asks this Honorable Court to transport him to handle charges against him. Therefore, it is hereby ordered, adjudged, and decreed to transport the above defendant to this court for a ruling on the above mentioned motion.

Respectfully Submitted
Andrew Fuqua

10/6/14